IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:02-CR-3062 |
| v. | ORDER |
| DANA BURKHOLDER, | |
| Defendant. | |

This matter comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 89, now set for March 5, 2012, at 9:00 a.m., until a date certain in approximately 60-90 days. The Court, being fully advised in the premises, and noting that the government and probation office have no objection, finds that the motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 11th day of June, 2012, at 10:30 a.m. The defendant is ordered to appear at such time.

Dated this 29th day of February, 2012.

BY THE COURT:

s/ *John M. Gerrard*
John M. Gerrard
United States District Judge