IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:02-CR-3062 |
| vs. | |
| DANA BURKHOLDER, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's unopposed motion to continue (filing 91) the revocation hearing now set for June 11, 2012, at 10:30 a.m. The defendant requests that the hearing be postponed for approximately 90 days. The Court, being fully advised in the premises, finds that the defendant's motion to continue should be granted. Accordingly,

IT IS ORDERED:

1. The defendant's motion to continue (filing 91) is granted; and

2. The revocation hearing scheduled in this case shall be continued to September 17th, 2012, at 10:30 a.m. The defendant is ordered to appear at such time.

Dated this 29th day of May, 2012.

BY THE COURT:

_____
John M. Gerrard
United States District Judge